**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1039

MARY FRANCES MCCLINTON,

Plaintiff - Appellant,

versus

F. SCHUMACHER & COMPANY,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.   Cameron McGowan Currie, District Judge.  (CA-04-738-22BD)

Submitted:  April 29, 2005              Decided:  May 16, 2005

Before WILLIAMS, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mary Frances McClinton, Appellant Pro Se.   Ingrid Blackwelder Erwin, Franklin Greene, JACKSON LEWIS, L.L.P., Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mary Frances McClinton appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in favor of Defendant in her civil action alleging discrimination in violation of the Americans with Disabilities Act. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>McClinton v. F. Schumacher & Co.</u>, No. CA-04-738-22BD (D.S.C. Dec. 15, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>